PROB 12B
(08/16)

February 1, 2022
pacts id: 3548923

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Lourdes Mercedes Acevedo (English)          **Dkt No.:** 17CR01279-001-LAB

**Name of Sentencing Judicial Officer:** The Honorable Larry A. Burns, U.S. District Judge

**Sentence:** Counts 1 and 2: 71 months' imprisonment, as to each count to run concurrently; Counts 1 and 2: Four years' supervised release, as to each count to run concurrently *(Special Conditions:  Refer to Judgment and Commitment Order.)*

**Date of Sentence:** December 18, 2017

**Date Supervised Release Commenced:** January 19, 2022

**Prior Violation History:** None.

---

### PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

### TO REMIT:
Submit person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

### TO ADD:
Submit your person, property, house, residence, vehicle, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

PROB12B

Name of Offender: Lourdes Mercedes Acevedo                                                February 1, 2022
Docket No.: 17CR01279-001-LAB                                                                        Page 2

## CAUSE

Your Honor is advised that the search condition, as it appears on the Judgment and Commitment order, does not specify a search of the offender's papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] The probation officer seeks the removal of the condition as stated on the Judgment and Commitment and the inclusion of the above updated condition which includes the search of Ms. Acevedo's papers, computers, other electronic communications or data storage devices or media. By adding the above noted condition, which has been adopted by the Judicial Conference and is outlined in the *Guide to the Judiciary*, it will allow the probation officer to better monitor and supervise Ms. Acevedo in the community.

Ms. Acevedo has no objection to the removal of the previously ordered condition and the subsequent inclusion of the comprehensive search condition. A Waiver of Hearing to Modify Conditions of Supervised Release form is signed and dated by Ms. Acevedo and is included as evidence of her agreement for the Court's consideration. Therefore, it is respectfully recommended conditions of supervision noted above be modified accordingly.

Respectfully submitted:                                      Reviewed and approved:

by  _Haniel Garcia_                                          _Ymelda Vass_
Haniel Garcia                                               Ymelda E. Valenzuela
U.S. Probation Officer                                      Supervisory U.S. Probation Officer
(619) 557-2649

                                                                                                bmc
Attachments:

## THE COURT ORDERS:

_X_   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

___   OTHER _____

_____

_Larry A. Burns_                                            2/3/2022
The Honorable Larry A. Burns                                Date
U.S. District Judge